**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**
_____

| | | |
|---|---|---|
| **KEVIN LAYNE HINDS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:07-CV-0035-B** |
| | § | **ECF** |
| **RICHARD B. ROPER, III, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

After reviewing the Findings and Recommendation of the United States Magistrate Judge regarding Plaintiff's Notice of Reversal of Removal (doc. 26) and the Findings and Recommendation of the United States Magistrate Judge regarding Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (doc. 25), both filed on October 9, 2007, I am of the opinion that the Findings and Recommendations of the Magistrate Judge are correct, and they are accepted as the Findings of the Court. The parties did not file any objections to these Findings and Recommendations. Thus, Plaintiff's Notice of Reversal of Removal, which was construed as a motion to remand is DENIED, and Defendants' Motion to Dismiss is GRANTED. Accordingly, all claims against Richard Roper III, Irma Carrillo Ramirez, Karen Lynne Mitchell, Robert Casey, Jr., Dianna Strain, Michael VanMeter, and Christopher Jancosko are dismissed for lack of subject matter jurisdiction, and Plaintiffs' remaining claims against Dallas County Sheriff Lupe Valdez and Larry

Zacharias should be remanded to state court for further proceedings.

       **SO ORDERED.**

       **SIGNED October 25<u>th</u>, 2007.**

                           _____

                           **JANE J. BOYLE**
                           **UNITED STATES DISTRICT JUDGE**